UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DAVID BLAINE STEINHAUER
SSN: xxx-xx-3775

CASE NUMBER: 05-32165
CHAPTER 13

CYNTHIA COLLEEN STEINHAUER
SSN: xxx-xx-5251
Debtors

---

### NOTICE TO CREDIT BUREAU OF KALAMAZOO C/O CBCS THAT $51.96 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Credit Bureau of Kalamazoo c/o CBCS, creditor herein, and deposits $51.96 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address listed in the Court documents for Credit Bureau of Kalamazoo, c/o CBCS was:

    P. O. Box 1615
    Grand Rapids, MI 49501

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned as undeliverable by the United States Postmaster;

3. That the Standing Chapter 13 Trustee sent correspondence regarding the available funds to Credit Bureau of Kalamazoo c/o CBCS to two other addresses obtained:

    6687 Seeco Drive            4764 Fulton Street
    Kalamazoo, MI 49009         Grand Rapids, MI 49301

4. That it has been more than 30 days since the Trustee sent the correspondence to Credit Bureau of Kalamazoo c/o CBCS to the two other addresses, and there has been no response.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   April 4, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   April 4, 2011

By U.S. Mail postage prepaid

Debtors: David and Cynthia Steinhauer, 1101 Woodward Avenue, South Bend, IN 46616
Creditor: Credit Bureau of Kalamazoo c/o CBCS, P. O. Box 1615, Grand Rapids, MI 49501
Credit Bureau of Kalamazoo c/o CBCS, 6687 Seeco Drive, Kalamazoo, MI 49009
Credit Bureau of Kalamazoo c/o CBCS, 4764 Fulton Street, Grand Rapids, MI 49301

By electronic mail via CM/ECF:

Debtors' Attorney: Debra Voltz-Miller
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King